FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON



# UNITED STATES DISTRICT COURT

Aug 18, 2026

SEAN F. McAVOY, CLERK

for the
Eastern District of Washington

NAATHON-RAY JOHNSON,

*Plaintiff*

v.

EASTERN STATE HOSPITAL,

*Defendant*

Civil Action No. 2:26-cv-00348-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: Pursuant to the Order at ECF No. 4, this action is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B).

This action was *(check one)*:

❐ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❐ tried by Judge ______ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke

Date: 8/18/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*